IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JESSICA M. DOBRUSHIN,               Civil Action No. 09-0950

       Plaintiff,

                                 Chief Judge Gary L. Lancaster

v.

CRESCENT SUPPLY,

       Defendant.

## ORDER OF COURT

AND NOW, this 2nd day of March, 2010, upon consideration of the within Motion, it is hereby ORDERED that the Motion to Dismiss claims under the Family and Medical Leave Act against Defendant, Crescent Supply of Penna, Inc., incorrectly designated as Crescent Supply, is GRANTED.

_____
Gary L. Lancaster
United States District Court Chief Judge