IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JESSICA M. DOBRUSHIN,           )
          Plaintiff,            )
                                )
     v.                         )    Civil Action No. 09-950
                                )
CRESCENT SUPPLY,                )
          Defendant.            )

ORDER OF COURT

AND NOW, this 1st day of June, 2010, the court has
been advised that the instant case has been resolved and the only
remaining matter is the submission of a stipulation of
discontinuance for approval by the court.  Therefore, there being
no further action needed by the court at this time, IT IS HEREBY
ORDERED that the Clerk of Court is directed to mark this case
closed.

Nothing contained in this order shall be considered a
dismissal or disposition of this matter and this court shall
retain jurisdiction.  Should further proceedings in it become
necessary, or desirable, either party may initiate it in the same
manner as if this order had not been entered.

BY THE COURT:

_____, C.J.
Gary L. Lancaster,
Chief United States District Judge

cc:  All Counsel of Record