IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRCIT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA M. DOBRUSHIN, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:09-cv-950 |
| | ) |
| v. | ) |
| | ) |
| CRESCENT SUPPLY, | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL**

The parties to the above –captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil procedure, hereby stipulate to the dismissal with prejudice of this civil action.  Each party will be responsible for their own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Erik M. Yurkovich, Esq.* | */s/ Colleen Ramage Johnston, Esq.* |
| Erik M. Yurkovich. | Colleen Ramage Johnston |
| No. 83432 | Rothman Gordon |
| Erik M. Yurkovich, Esq. | 310 Grant Street |
| 207 Pine Creek Road | Pittsburgh PA 15219 |
| Building 1, Ste. 201 | T: 412.338.1131 |
| Wexford PA 15090 | |
| T: 724-933-9199 | |
| | |
| Counsel for the Plaintiff | Counsel for the Defendant |

"
""""""""""""""""""""""""""UQ'QTFGTGF.'vjku'38vj'fc{'qh'Ugrvgodgt."42320
""""""""""""""""""""""""""
""""""""""""""""""""""""""uII ct{'N0Ncpecuvgt
""""""""""""""""""""""""""aaaaaaaaaaaaaaaaaaaaaaaaaa ŒŒ0
""""""""""""""""""""""""""Jqp0Ict{'N0Ncpecuvgt.'Ejkgh'WUU0Fkuvtkev'Lwfig